469 A.2d 276

Commonwealth v. Brown, Appellant.

Argued October 26, 1983. Raymond N. Bogarty, Assistant Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

469 A.2d 276

Commonwealth v. Czarnecki, Appellant.
Petition for Allowance of Appeal
Denied May 2, 1984.

Submitted September 22, 1983. Charles B. Coleman, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Judgment of sentence affirmed.